IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES O'DELL WALTON | § | |
|     TDCJ-CID # 561346 | § | |
| | § | |
| V. | § | C.A. NO. C-07-289 |
| | § | |
| LIEUTENANT THOMPSON, ET AL. | § | |

## NOTICE OF POWER TO CONSENT

Your case has been referred to a United States Magistrate Judge of the United States District Court for the Southern District of Texas, Corpus Christi Division, for pretrial preparation. You are further advised that you have the power to consent to have a Magistrate Judge try your case. 28 U.S.C. § 636(c). If you consent, the Magistrate Judge is able to consider all matters placed before him or her, including the power to convene and conduct trial by jury with appeal directly to the Court of Appeals for the Fifth Circuit. The benefit of consent is that your case may be reached sooner.

If you desire your power of consent to trial before the Magistrate Judge, please sign the enclosed form and return it within **fifteen (15) days.**

ORDERED this 9th day of July, 2007.

_____
Janis Graham Jack
United States District

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES O'DELL WALTON | § | |
|     TDCJ-CID # 561346 | § | |
| | § | |
| V. | § | C.A. NO. C-07-289 |
| | § | |
| LIEUTENANT THOMPSON, ET AL. | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Under 28 U.S.C. § 636(c), the parties to this civil matter waive their right to proceed before a district judge and consent to have a Magistrate Judge conduct all further proceedings, including the trial and judgment. The United States Magistrate Judge has the authority to conduct trials by jury, and the parties understand that they are not waiving their rights to a trial by jury by this consent to proceed before a United States Magistrate Judge. Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636(c)(3).

SIGNATURE OF PLAINTIFF(S):            SIGNATURE OF DEFENDANT(S):

_____

_____

_____

## ORDER OF REASSIGNMENT

Upon the consent of the parties, it is ordered that this matter is assigned to a United States Magistrate Judge, to conduct all further proceedings, including final judgment.

_____         _____
DATE                                   JANIS GRAHAM JACK
                                       UNITED STATES DISTRICT JUDGE